# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   STEVEN L SPIES

DEBTOR(S)

CASE NUMBER   18-41769-TLS
CLAIM NUMBER   018
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at:  402.530.1879

Account No.:

GLOBAL TRUST MANAGEMENT LLC
PO BOX 4115
CONCORD, CA 94524

AMOUNT:                4,602.79
Classified as:          Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.  OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS:  All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED:  01/29/2019

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

GLOBAL TRUST MANAGEMENT LLC
PO BOX 4115
CONCORD, CA 94524

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE:    STEVEN L SPIES | CASE NUMBER   18-41769-TLS |
| | CLAIM NUMBER   039 |
| DEBTOR(S) | (CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304
or by fax at:  402.530.1879

Account No.:   6510

TD RETAIL CARD SERVICES
C/O CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS, TX 75380

AMOUNT:                     970.86
Classified as:              Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.  UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.  OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS:  All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 01/29/2019

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

TD RETAIL CARD SERVICES
C/O CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS, TX 75380

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   STEVEN L SPIES

CASE NUMBER   18-41769-TLS
CLAIM NUMBER   009

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at:  402.530.1879

Account No.:   5040

PORTFOLIO RECOVERY ASSOCIATES
PO BOX  41067
NORFOLK, VA 23541

AMOUNT:   759.58

Classified as:   Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.  UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.  OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS:  All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED:  01/29/2019

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

PORTFOLIO RECOVERY ASSOCIATES
PO BOX  41067
NORFOLK, VA 23541